UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RACHAEL E. JOHNSON, | Case No. 2:15-cv-02451-RCJ-PAL |
| Plaintiff, | ORDER |
| v. | |
| CENLAR FEDERAL SAVINGS BANK, et al., | |
| Defendants. | |

The court entered a Scheduling Order (Dkt. #12) on February 26, 2016.  Pursuant to the direction of the District Judge in this case that trial be set on the trial stack closest to 120 days after the close of discovery,

**IT IS ORDERED** the trial date in this matter is set for **January 23, 2017, at 9:00 a.m.,** with calendar call on **January 16, 2017, at 10:00 a.m.,** before Judge Robert C. Jones.

DATED this 1st day of March, 2016.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1